**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DIAZ FLORES

      Plaintiff,

      -against-      26-CV-4803 (ALC)

  GENALO ET AL       **ORDER**

Defendants.

**ANDREW L. CARTER, JR.**, United States District Judge:

The Government is ORDERED to respond to the Petition by June 15, 2026. Petitioner's Reply is due by June 22, 2026.

The Court ORDERS the Parties appear at a telephonic conference on June 29, 2026 at 2 p.m. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorneys Office for the Southern District of New York that this Order has been issued at the following email address: jeffrey.oestericher@usdoj.gov.

**SO ORDERED.**
Dated:  **June 8, 2026**
    **New York, New York**

              **ANDREW L. CARTER, JR.**
              **United States District Judge**