UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Diaz Flores, | |
| Petitioner, | 26-CV-4803 (ALC) |
| v. | |
| Blanche, et al, | ORDER |
| Respondents. | |

DALE E. HO, United States District Judge:

This matter has been assigned to Judge Carter.  In light of the existing briefing schedule, the Order to Show Cause, ECF No. 5 is hereby **RESCINDED**.  The parties shall adhere to the briefing schedules and deadlines in Judge Carter's Order, ECF No. 4.

SO ORDERED.

Dated:  June 8, 2026
       New York, New York

_____
          DALE E. HO
     United States District Judge