**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DIAZ FLORES

               Plaintiff,

          -against-        :    26-CV-4803 (ALC)

GENALO ET AL           :    **ORDER**

Defendants.

**ANDREW L. CARTER, JR., United States District Judge:**

On June 29, 2026, the Court held a telephonic conference. Petitioner's counsel did not appear and also has not filed a reply as ordered by June 22, 2026. Petitioner is **ORDERED** to file a reply to the Government's submission by July 2, 2026.

The Court reschedules a telephonic conference for July 8, 2026 at 3:30 pm. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

Dated:  **June 29, 2026**
      **New York, New York**

 

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**