**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DIAZ FLORES**

**Plaintiff,**

**-against-**

**GENALO ET AL**

**Defendants.**

26-CV-4803 **(ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to file letters by July 13, 2026, no more than 3 pages, stating their position on the appropriate remedy if the Court finds a due process violation. Specifically, Petitioner should cite case law as to why a bond hearing with the Government carrying the burden isn't the appropriate remedy.

The Court reschedules a telephonic conference for July 17, 2026 at 3 pm. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** **July 8, 2026**
**New York, New York**

Andrew L Carter

**ANDREW L. CARTER, JR.**
**United States District Judge**