**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DIAZ FLORES

               Plaintiff,

        -against-

GENALO ET AL

Defendants.

26-CV-4803 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Following up from the July 17, 2026 telephonic conference, the Government is ORDERED to provide Petitioner with a bond hearing by July 24, 2026. At that hearing, the Government shall bear the burden of demonstrating, by clear and convincing evidence, that Petitioner is a danger to the community or a risk of flight. In the event Respondents fail to provide Petitioner with such a bond hearing by July 24, 2026, Respondents are ordered to release Petitioner immediately.

By July 24, 2026, Respondents shall certify compliance with this order by filing on the docket Petitioner's constitutionally adequate bond hearing date and outcome and/or release date.

The Clerk of Court is respectfully directed to enter judgment in accordance with this Order and close this case.

**SO ORDERED.**

Dated:
    **July 17, 2026**
    **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**