**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

DIAZ FLORES,

PETITIONER,

26 **CIVIL** 4803 (ALC)

-against-

**JUDGMENT**

GENALO ET AL,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 17, 2026, the petition is granted; the Court orders Respondents to provide Petitioner with a bond hearing by July 24, 2026; accordingly, the case is closed.

**DATED:** New York, New York
July 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nezam Dulal

**Deputy Clerk**